PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Matthew Lupoli      Cr.: 18-00321-001
     PACTS #: 1347711

Name of Assigned Judicial Officer:    THE HONORABLE RENEE MARIE BUMB
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/27/2017

Original Offense:    Distribution of Oxycodone, 21 U.S.C. § 841(A)(1) & (b)(1)(c)

Original Sentence: 6 months imprisonment, 36 months supervised release

Special Conditions: $10,000 - Fine, $100 - Special Assessment, Location Monitoring Program – 6 months, Community Service – 50 Hours, Financial Disclosure, No New Debt/Credit, Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release      Date Supervision Commenced: 03/13/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1            Failed to satisfy fine

**U.S. Probation Officer Action:**

Throughout his term of probation, Lupoli has paid $2,600 towards his fine.  His supervision is due to expire on March 12, 2021, with an outstanding fine balance of $7,400.  The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP).  This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

     Respectfully submitted,

     SUSAN M. SMALLEY, Chief
     U.S. Probation Officer

     *Elisa Martinez*

     By:    ELISA MARTINEZ
          Supervising U.S. Probation Officer

Prob 12A – page 2
Matthew Lupoli

/ bgm

PREPARED BY:

*Brendan G. Murillo*          3/1/2021
BRENDAN G. MURILLO          Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ Allow Supervision to Expire as Scheduled on March 12, 2021 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 2, 2021
Date